UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| Darren B. Brooks | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:17-cv-2658 UNA |
| | ) | |
| American Family Mutual Insurance Company, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The above styled and numbered case was filed on October 31, 2017 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Northern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Northern Division and randomly assigned to the Honorable Patricia L. Cohen, United States Magistrate Judge, under cause number 2:17-cv-00074.

**IT IS FURTHER ORDERED** that cause number 4:17-cv-2658 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: October 31, 2017       By: /s/ Michele Crayton
                               Court Services Manager

**In all future documents filed with the Court, please use the following case number 2:17cv00074 PLC.**